UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JEFFREY R. LeBLANC,

          Plaintiff,                    Case No. 1:15-cv-1150

v.                                      Honorable Paul L. Maloney

KALAMAZOO POLICE DEPARTMENT,

          Defendant.
_____/

**JUDGMENT**

In accordance with the Order issued this date,

        **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without

prejudice for lack of prosecution.


Dated:  January 21, 2016           /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge